## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Draper, Rahman A

Printed:  10/2/07

Case Number:  07 B 10578

Judge:  Wedoff, Eugene R

Filed:  6/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  August 16, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                    | Receipts | Disbursements |
|--------------------|----------|---------------|
|                    | 0.00     |               |
| Secured:           |          | 0.00          |
| Unsecured:         |          | 0.00          |
| Priority:          |          | 0.00          |
| Administrative:    |          | 0.00          |
| Trustee Fee:       |          | 0.00          |
| Other Funds:       |          | 0.00          |
| Totals:            | 0.00     | 0.00          |

## DISBURSEMENT DETAIL

|     | Creditor Name                   | Type      | Repayment  | Paid to Date    |
|-----|---------------------------------|-----------|------------|-----------------|
| 1.  | America's Servicing Co          | Secured   | 0.00       | 0.00            |
| 2.  | HSBC Mortgage Corp              | Secured   | 0.00       | 0.00            |
| 3.  | Option One Mortgage Corp        | Secured   | 0.00       | 0.00            |
| 4.  | Wells Fargo Auto Finance        | Secured   | 20,190.00  | 0.00            |
| 5.  | America's Servicing Co          | Secured   | 14,394.87  | 0.00            |
| 6.  | HSBC Mortgage Corp              | Secured   | 7,140.00   | 0.00            |
| 7.  | Option One Mortgage Corp        | Secured   | 27,716.32  | 0.00            |
| 8.  | ECast Settlement Corp           | Unsecured | 65.13      | 0.00            |
| 9.  | Jefferson Capital Systems LLC   | Unsecured | 115.25     | 0.00            |
| 10. | Wells Fargo Auto Finance        | Unsecured | 137.47     | 0.00            |
| 11. | Portfolio Recovery Associates   | Unsecured | 226.02     | 0.00            |
| 12. | Jefferson Capital Systems LLC   | Unsecured | 190.68     | 0.00            |
| 13. | Bally Total Fitness             | Unsecured |            | No Claim Filed  |
| 14. | Zales                           | Unsecured |            | No Claim Filed  |
| 15. | Barclays Bank of Delaware       | Unsecured |            | No Claim Filed  |
| 16. | Professional Account Management | Unsecured |            | No Claim Filed  |
|     |                                 |           | $ 70,175.74 | $ 0.00         |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
|          | $ 0.00     |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Draper, Rahman A

Printed:  10/2/07

Case Number:  07 B 10578

Judge:  Wedoff, Eugene R

Filed:  6/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: